UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

                Petitioner,

    v.

STATE OF WASHINGTON, et al.,

                Respondents.

CASE NO. C17-0331-TSZ-MAT

ORDER DIRECTING CLERK TO ADMINISTRATIVELY CLOSE MATTER AND TO STRIKE ALL PENDING MOTIONS

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, docket no. 9, petitioner's objection thereto, docket no. 10, and the remaining record, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation;

(2) The Clerk shall administratively CLOSE this matter and STRIKE all pending motions as moot. *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash., March 13, 1997); and

(3) The Clerk shall send a copy of this Order to petitioner and to Judge Theiler.

DATED this 6th day of April, 2017.

                                                Thomas S. Zilly
                                                United States District Judge

ORDER
PAGE - 1